MANUFACTURERS TRUST COMPANY, as Trustee for the Holders of Certificates in a Mortgage Known and Designated as Series or Guarantee No. 265225 of Lawyers Title and Guaranty Company, under a Declaration of Trust Dated the 25th Day of February, 1939, Respondent, v. REID HOLDING CORPORATION, Appellant, and Others, Defendants.— Appeal by defendant owner from so much of an order as determined that certain specific interest balances were to be computed at six per cent, as contended by the plaintiff in a foreclosure action, instead of five per cent, as contended by the said defendant. Order, in so far as appealed from, modified by striking from the first ordering paragraph the items for balance of interest due on June 1st, September 1st and December 1st, 1938, and March 1st, 1939, and reducing the item for balance of interest due June 1st, 1939, to $290; and by inserting a provision that all arrearages of unpaid interest shall be computed at five per cent. As thus modified, the order is affirmed, with ten dollars costs and disbursements to the appellant. (*Mortgage Commission of State of New York* v. *Fay*, 255 App. Div. 622; affd., without opinion, 281 N. Y. 61; *Elltan Realty Co., Inc.*, v. *Irving Trust Co.*, 252 App. Div. 882; *Vetter* v. *Rigney*, 242 id. 700. See *Manufacturers Trust Company, etc.*, v. *Korsil Realty, Inc., ante*, p. 914, decided herewith.) Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur. Settle order on notice.

A. GORDON MURRAY and GRACE H. MURRAY, Appellants, v. THE DIME SAVINGS BANK OF BROOKLYN, Respondent.— In an action in ejectment to recover possession of real property, tried before the court and a jury, the complaint was dismissed at the close of plaintiffs' proofs, in the course of which certain documentary and other evidence was introduced on behalf of the defendant. Judgment was thereupon entered dismissing the complaint upon the merits. From that judgment plaintiffs appeal. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE NATIONAL CITY BANK OF NEW YORK, Respondent, Appellant, v. MICHAEL PILUSO and PAULINE PILUSO, Appellants, Respondents.— Cross-appeals by plaintiff and defendants from a resettled order granting plaintiff's motion to set aside a jury's verdict and denying plaintiff's motions to strike out the affirmative defenses in the answer and for a directed verdict for the plaintiff for the full amount sued for. The action was brought on a promissory note, and the defense was based on plaintiff's breach of an alleged agreement to sell the collateral security and credit defendants with the proceeds. Resettled order, in so far as appealed from, unanimously affirmed, without costs. No opinion. Defendants' appeal from the original order dismissed, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SOPHIE OHMACHT, Respondent, v. BERTHA WITSON, Appellant.— Action for damages for personal injuries suffered by the plaintiff, a pedestrian, as a consequence of stepping into a hole in a driveway superimposed upon a sidewalk adjacent to defendant's premises. The driveway was an adjunct of defendant's property and devoted to the use of that property. Judgment in favor of plaintiff and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.